FILED
CLERK. U.S. DISTRICT COURT

21 MAR 00 AM 9:46

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

|  |  |  |
|---|---|---|
| STANLEY GOOLD III and STANLEY GOOLD, JR. et al. | ) ) ) | |
| Plaintiffs, | ) ) ) | ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | ) ) ) | Case No. 2:98-CV-832K |
| TEEN HELP et al. | ) ) | |
| Defendants. | ) | |

This matter is before the Court on a motion for partial summary judgment, filed by Defendants Teen Help, Worldwide Association of Specialty Programs, R&B Management, L.C., dba Brightway Hospital, R&B Billing, Dixie Contract Services, Ken Kay, Robert B. Lichfiled, Karr Farnsworth and Brent M. Facer ("Defendants").  Defendants move this court for an order dismissing Plaintiffs' claims under 18 U.S.C. § 1964(c) ("RICO") because Plaintiffs do not have standing to bring a RICO action.

For the reason that Plaintiffs filed a memorandum stating that they do not oppose Defendants' motion, and for other good cause showing, it is hereby ORDERED that Defendants' Motion for Partial Summary Judgment is GRANTED.

DATED this 20th day of March, 2000.

_____
DALE A. KIMBALL
United States District Judge

51

asb

United States District Court
for the
District of Utah
March 21, 2000


* * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:98-cv-00832


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


  Mr. Fred R. Silvester, Esq.
  SILVESTER & CONROY LC
  230 S 500 E STE 590
  SALT LAKE CITY, UT   84102
  JFAX 9,5322270

  Mr. Jeremy M. Hoffman, Esq.
  YOUNG & HOFFMAN LLC
  BOSTON BLDG STE 900
  9 EXCHANGE PL
  SALT LAKE CITY, UT   84111
  JFAX 9,5951610

  Wesley D. Hutchins, Esq.
  SCALLEY & READING PC
  261 E 300 S STE 200
  SALT LAKE CITY, UT   84111
  JFAX 9,5317968

  Mr. Thomas M Burton, Esq.
  5820 STONERIDGE MALL RD STE 100
  PLEASANTON, CA   94588